Tr. Ct. No. Writ 08299

Ct. of App. No. WR-83,120-01

83,120-01

EX PARTE

CHARLES KILLINGSWORTH

MOTION DENIED
DATE: 5-1-15
BY: P.C.

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 29 2015

Abel Acosta, Clerk

## MOTION FOR APPOINTMENT
## OF COUNSEL

Now Comes Charles Killingsworth, pro-se movant, brings this motion for appointment of Counsel and in support thereof shows:

1. The Movant is indigent and Cannot afford to employee Counsel in this matter;

2. The Movant has a strong Likelihood of sucess with his Rule 11.07 Writ and Petition For Discretionary Review;

3. It would be in the best interest of Justice if Counsel was appointed to represent Movant in this matter; and

4. Movant's Application of Indigence is already on file with the papers in this case, and there has been no change in his financial ability to hire and attorney to represent him in this matter.

Respectfully Submitted

Charles Killingsworth

Charles Killingsworth